# Third District Court of Appeal
## State of Florida

Opinion filed November 5, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1907
Lower Tribunal No. F00-25707
_____

**Duane Walker,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Zachary James, Judge.

Duane Walker, in proper person.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Senior Assistant Attorney General, for appellee.

Before FERNANDEZ, MILLER and BOKOR, JJ.

PER CURIAM.

The record reveals that every issue raised by Walker in his motion under Florida Rule of Criminal Procedure 3.850 is either successive, time barred, waived, or should have been raised by direct appeal. "Summary denial of a successive postconviction motion is appropriate '[i]f the motion, files, and records in the case conclusively show that the movant is entitled to no relief.'" Bogle v. State, 322 So. 3d 44, 46 (Fla. 2021) (alteration in original) (quoting in part Fla. R. Crim. P. 3.851(f)(5)(B)); see also Parker v. State, 904 So. 2d 370, 376 (Fla. 2005) ("As a general proposition, a defendant is entitled to an evidentiary hearing on any well-pled allegations in a motion for postconviction relief unless (1) the motion, files, and records in the case conclusively show that the prisoner is entitled to no relief, or (2) the motion or a particular claim is legally insufficient."). The trial court correctly denied Walker's postconviction motion without a hearing.

Affirmed.